IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 7
    JAMES REUBEN MARCELLUS  :
                Debtor  : Bankruptcy No. 24-11555- PMM

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 1st of August, 2024, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel for Debtor, Michael A. Cibik, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 12, 2024.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until, October 11, 2024, to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____  _____
Robert H. Holber  Michael A. Cibik, Esquire
Chapter 7 Trustee  Counsel for Debtor

### ORDER

AND NOW, this _____ day of _____, 2024, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge