IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :Chapter 7
    JAMES REUBEN MARCELLUS              :
                                          :
                                          :
                                          :
                          Debtor          :Bankruptcy No. 24-11555- PMM

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)


    AND NOW, this 1st of August, 2024, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and Counsel for Debtor, Michael A. Cibik,
Esquire, as follows:

    1.  The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is August 12, 2024.

    2.  The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until,
October 11, 2024, to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.


_____          _____
Robert H. Holber                 Michael A. Cibik, Esquire
Chapter 7 Trustee                Counsel for Debtor


ORDER

    AND NOW, this 9th   day of August , 2024, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge