Certificate Number: 16339-PAE-DE-038779482

Bankruptcy Case Number: 24-11555



16339-PAE-DE-038779482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2024, at 9:43 o'clock PM EDT, James Marcellus completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 18, 2024              By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor